UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CHUNHUA SHI,

                Plaintiff,

        -v-                                      25-CV-00332 (JAV)

                                                  <u>ORDER</u>

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, et al,


                Defendants.
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      Pursuant to the Court's Order dated January 27, 2025, ECF No. 6, the parties were required to file a joint letter and proposed Civil Case Management Plan and Scheduling Order, the contents of which are described therein, by May 20, 2025. To date, the parties have not filed the joint letter and proposed Civil Case Management Plan and Scheduling Order. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **May 23, 2025**.

      SO ORDERED.

Dated: May 22, 2025                                                              _____
      New York, New York                                        JEANNETTE A. VARGAS
                                                                  United States District Judge