UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CHUNHUA SHI,

               Plaintiff,

               -v-

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, et al,

               Defendants.
------------------------------------------------------------------X

25-CV-00332 (JAV)

ORDER

JEANNETTE A. VARGAS, United States District Judge:

       Pursuant to the Court's Order dated May 23, 2025, ECF No. 12, the parties were required to file a joint letter and proposed Civil Case Management Plan and Scheduling Order, the contents of which are described therein, by September 12, 2025. To date, the parties have not filed the joint letter and proposed Civil Case Management Plan and Scheduling Order. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **September 17, 2025.**

       SO ORDERED.

Dated: September 15, 2025
      New York, New York

                                             JEANNETTE A. VARGAS
                                             United States District Judge